1  EDWARD M. KEECH #48098
   ~~DAWN NEWTON #209002~~
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300                    **E-filed 8/15/05**
4  Facsimile: (510) 451-1527
   Email: ekeech@fablaw.com, dnewton@fablaw.com
5
   Attorneys for Plaintiff Speedee Oil Change Systems, Inc.
6  A Louisiana corporation

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

10 | SPEEDEE OIL CHANGE SYSTEMS, INC., | Case No.: C05-01517 JF
   | a Louisiana corporation           |
11 |                                   | [~~PROPOSED~~] ORDER GRANTING
   | Plaintiff,                        | SUBSTITUTION OF COUNSEL
12 |                                   |
   | vs.                               |
13 |                                   |
   | LEONEL BARCENAS and LEO ESPINOZA  |
14 |                                   |
   | Defendants.                       |
15

16     The Court having reviewed the Substitution of Counsel,

17     IT IS HEREBY ORDERED that Edward M. Keech, Esq. Dawn Newton, Esq. and the

18 law firm of Fitzgerald Abbott & Beardsley LLP are substituted in as counsel of record for

19 Petitioner G.C. & K.B. Investments, Inc. in place of Barry Schlom, Esq. of the law firm of

20 Lerner & Weiss.

21

22 Dated: __8/15__, 2005        Jeremy Fogel /s/electronic signature authorized
                                United States District Court Judge
23

24

25

26

27

28
                                    1
            [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL
                          CASE NO.: C05-01517 JF
8/5/05 (23362) #228851.1

| | |
|---|---|
| 1 | **PROOF OF SERVICE - C.C.P. §§1011 - 1013a** |
| 2 | I, the undersigned, declare: I am employed in the County of Alameda, State of |
| 3 | California. I am over the age of 18 and not a party to the within action. I am employed by |
| 4 | Fitzgerald Abbott & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA |
| 5 | 94612. I am readily familiar with this firm's business practice of processing of documents for |
| 6 | service. |
| 7 | On **August 5, 2005**, I served a true and correct copy of the following document(s): |
| 8 | **[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL** |
| 9 | on all the following interested parties, by causing service by the method indicated below: |

| Christopher R. Lucas<br>Law Office of Goforth & Lucas<br>2300 Clayton Road, Suite 1460<br>Concord, CA  94520<br>Telephone:  (925) 682-9500<br>Facsimile:  (925) 682-2353<br><br>*Attorney for Defendants----------* | Barry R Schlom<br>Lerner & Weiss<br>16000 Ventura Blvd, Ste 1111<br>Encino, CA 91436<br>Telephone: 818-986-0893 |
|---|---|

| | |
|---|---|
| ✔ | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. |
| | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
| | Personal Service - By personally serving today said documents(s) to the attorney or party as stated above. |
| | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on **August 5, 2005**, at Oakland, California.

*Murry Wheeler*
Murry Wheeler

2

CASE NO.: C05-01517 JF

8/5/05 (23362) #228851.1